KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY[1] LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
DONALD M. WANLAND, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD M. WANLAND, JR.,<br><br>    Defendant. | Case No. 2:09-CR-008 LKK<br><br>**STIPULATION AND ORDER** |

Ms. Daly recently joined the law firm Barth Tozer and Daly LLP. Mr. Wanland and Mr. Barth represent adverse parties in an unrelated civil action. Ms. Daly informed Mr. Wanland of the conflict. Ms. Daly revealed personal financial information pertaining both to Mr. Barth and herself, specifically details of their partnership agreement. This disclosure was made to fully inform Mr. Wanland so that he may knowingly waive the conflict.

The parties stipulate it is appropriate for the Court to seal the Conflict Waiver dated January 23, 2012 to protect the personal financial information of Mr. Barth and Ms. Daly.

Dated: January 24, 2012.      Respectfully submitted,
                                        BARTH TOZER & DALY LLP

                                        By  /s/Kresta Nora Daly
                                              KRESTA NORA DALY
                                      Attorneys for DONALD M. WANLAND, JR.

---

[1] The name change of the firm is currently pending before the California Secretary of State.

{00006021}

STIPULATION AND [PROPOSED] ORDER                                                           [Case No. 2:09-CR-008 LKK]

1         The government concurs in the request.

2 Dated: January 24, 2012.     Respectfully submitted,

                             By   /s/ Kresta Nora Daly for
                                  MATTHEW SEGAL
                                  Assistant United States Attorney

## **O R D E R**

Good cause appearing the Court hereby orders the Conflict Waiver dated January 23, 2012 sealed.

Dated: January 31, 2012

                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT

{00006021}

STIPULATION AND [PROPOSED] ORDER [Case No. 2:09-CR-008 LKK]