KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY[1] LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
DONALD M. WANLAND, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD M. WANLAND, JR.,<br><br>    Defendant. | Case No. 2:09-CR-008 LKK<br><br>EX PARTE APPLICATION FOR ORDER SEALING REQUEST BY KRESTA N. DALY TO WITHDRAW AS COUNSEL FOR DONALD M. WANLAND, JR.; **ORDER** |

Ms. Daly recently joined the law firm Barth Tozer & Daly LLP. Mr. Wanland and Mr. Barth represent adverse parties in an unrelated civil action. Ms. Daly informed Mr. Wanland of the conflict. Mr. Wanland waived that conflict. Since that time Ms. Daly learned new information. The details regarding that new information are contained in a Request By Kresta N. Daly to Withdraw As Counsel of Record for Donald M. Wanland, Jr. which will be filed separately from this Ex Parte Application for Order Sealing Request to Withdraw. The information contained in the Request to Withdraw is protected by numerous legal privileges, including, but not limited to the Attorney-Client Privilege and the Work Product Privilege.

///

///

///

---

[1] The name change of the firm is currently pending before the California Secretary of State.

EX PARTE APPLICATION AND ORDER [Case No. 2:09-CR-008 LKK]

Therefore defense counsel respectfully requests this Court order the Request By Kresta N. Daly To Withdraw As Counsel of Record For Donald M. Wanland, Jr. sealed.

Dated: February 1, 2012.    Respectfully submitted,
BARTH TOZER & DALY LLP

By /s/Kresta Nora Daly
KRESTA NORA DALY
Attorneys for DONALD M. WANLAND, JR.

**O R D E R**

Good cause appearing the Court hereby orders the Request By Kresta N. Daly To Withdraw As Counsel Of Record For Donald M. Wanland, Jr. sealed.

Dated: February 8, 2012

*[signature]*

HONORABLE LAWRENCE K. KARLTON
UNITED STATES DISTRICT COURT JUDGE

- 2 -

STIPULATION AND ORDER [Case No. 2:09-CR-008 LKK]