BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-cr-008 LKK |
| | ) | |
| Plaintiff, | ) | ORDER AFTER STATUS CONFERENCE |
| | ) | EXCLUDING TIME |
| v. | ) | |
| | ) | |
| DONALD M. WANLAND, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on February 7, 2012, for a status conference. Assistant U.S. Attorney Matthew D. Segal appeared on behalf of the United States. Attorney Kresta N. Daly appeared on behalf of the defendant, who was present. Ms. Daly has asked to be relieved from her representation of the defendant.

The Court scheduled a further status conference for Tuesday, February 28, 2012, at 9:15 a.m. The Court ordered that a new panel attorney be present to represent the defendant.

The Court excluded time from the Speedy Trial Act calculation through the new status conference date of February 28, 2012, for finding new counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)

and Local Code T4. Alternatively, the Court excludes time from the Speedy Trial Act calculation to the new status conference date of February 28, 2012, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E, because of Ms. Daly's pending motion to be relieved as counsel of record. The Court finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: February 16, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT