BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-008 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER EXCLUDING TIME |
| DONALD WANLAND | ) | |
| Defendant. | ) | |

On February 28, 2012 and March 13, 2012, the Court found that the time between February 28, 2012 and May 15, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

The ends of justice are served by the Court excluding such time, so that new counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Counsel for the Defendant and the Government are new to the case and each will require time to evaluate the facts, law, and discovery before returning to Court to set further dates. The interests of justice served by granting this continuance outweigh

the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATE: May 10, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2