BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-08 LKK |
| Plaintiff, | |
| v. | ORDER EXCLUDING TIME |
| DONALD WANLAND | |
| Defendant. | |

On May 15, 2012, the Court found that the time between May 15, 2012 and June 19, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

The ends of justice are served by the Court excluding such time, so that new counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Counsel for the Defendant requires time to review discovery and

///

///

///

///

1

evaluate what motions he will seek to file.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATE: June 14, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT