BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
CHRISTOPHER S. HALES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-08 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING DISCOVERY |
| | ) | AND MOTIONS DEADLINES AND |
| DONALD WANLAND | ) | EXCLUDING TIME |
| | ) | |
| | ) | |
| Defendant. | ) | |

On August 7, 2012, the Court heard Defendant's Second Motion for Discovery. On August 30, 2006 the parties submitted a stipulation and proposed order stating that the government anticipated being able to complete the additional discovery resulting from the hearing by September 25, 2012, and therefore providing that Defendant would have until October 25, 2012 to file any further Rule 12 motions. (Dkt. #133.) On September 6, 2012 the Court so ordered. (Dkt. #134.)

Government counsel has not yet received the files in question from the Los Angeles office of the Internal Revenue Service, but is informed that they are currently en route from

1

the IRS warehouse in Los Angeles.  For this reason the parties hereby stipulate and request that the Court order the dates for document production and Rule 12 motions be modified as follows:

- • October 16, 2012 - Government to produce additional discovery
- • November 15, 2012 - Defendant to file any further Rule 12 motions

In light of the additional time needed for the government to review the records once received from the IRS, and for the defendant to review the document production and prepare any further Rule 12 motions, the parties stipulate that the time between October 25, 2012 up to and including November 15, 2012 should be excluded from calculation of time under the Speedy Trial Act.[1]

///
///
///
///
///
///
///
///
///
///
///

---

[1] The time from August 7, 2012 through October 25, 2012 has already been excluded by previous order of the Court.  (Dkt. #134.)

The ends of justice are served by the Court excluding such time, so that the Government may have additional time to review and produce the IRS documents from Los Angeles, and so that counsel for Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: September 27, 2012     By:   /s/ Matt Segal by CSH
MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: September 27, 2012      /s/ Eduardo Roy by CSH
EDUARDO ROY
Attorney for Defendant

**SO ORDERED.**

DATE: September 27, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT